RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for John Thomas Kendall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN THOMAS KENDALL,

Defendant.

Case No. 2:26-mj-00565-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Gabriel Abebe, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for John Thomas Kendall, that the Preliminary Hearing currently scheduled on August 21, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Under Federal Rule of Criminal Procedure 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the

public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c)" within which to hold a preliminary hearing.

2. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a potential non-trial resolution of this matter.

3. The parties seek this additional time not for purpose of delay, but merely to allow sufficient time to complete necessary research and to continue pre-indictment negotiations.

4. The additional time requested by this stipulation is excludable in computing the time within which an indictment or information must be filed after arrest pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

5. Defendant is in custody and does not object to a continuance, and agree to waive his speedy trial rights.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 17th day of August, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By <u>*/s/ Keisha K. Matthews*</u> | By <u>*/s/ Gabriel Abebe*</u> |
| KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | GABRIEL ABEBE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN THOMAS KENDALL,

Defendant.

Case No. 2:26-mj-00565-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Augus 21, 2026 at the hour of 4:00 p.m., be vacated and continued to **November 23, 2026, at 4:00 p.m.**

DATED this 17th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE